**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DERRICK DENNIS — CIVIL ACTION NO. 25-1399

VERSUS — JUDGE DONALD E. WALTER

E A N HOLDINGS L L C — MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Derrick Dennis, represented by counsel, filed this civil action against EAN Holdings, LLC. Mr. Dennis's attorney listed on his complaint and other filings was Amanda Hilgendorf, of the Miller, Hampton, and Hilgendorf firm. The parties advised the court in September 2026 that the matter had been settled, and the court entered an order that dismissed the case. Two months later, attorney Gregory J. Miller filed a **Motion and Order for an Expedited Accounting, Return of Attorney Fees, and for Sanctions (Doc. 21)** that is now before the court. For the reasons that follow, the motion is **DENIED**.

Miller represents that he and Hilgendorf formerly practiced law together, but Hilgendorf left the firm last year and formed her own LLC. Miller suggests that the settlement funds in this case have perhaps gone to Hilgendorf and that he is entitled to some portion of them. Miller asks that the attorney fee portion of the settlement be deposited in the registry of the court.

This is a civil dispute between two former legal colleagues. Miller is not a party to this suit, and it does not appear that the court would have jurisdiction even in Miller were to attempt to file a complaint in intervention, which would require diversity of citizenship between the intervenor and the defendant in intervention and an amount in controversy in excess of $75,000. Griffin v. Lee, 621 F.3d 380 (5th Cir. 2010); Samuels v. Twin City, 602 Fed. App'x 209 (5th Cir.

2015). If Miller wishes to assert a civil claim against Hilgendorf, he will need to do so in a state court of proper jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 16th day of November, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE